GERALDINE N. BUTLER, as Substituted Trustee of the Estate of AMES W. HOWLETT, etc., Appellant, v. MARCUS GOODBODY and Others, Individually and Doing Business under the Firm Name and Style of GOODBODY & COMPANY, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in a conversion action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

EDWIN MILLER, Appellant, v. ERIC C. GULLBERG, Respondent.— Judgment of County Court reversed on the law and facts and judgment of Justice's Court affirmed, with twenty-five dollars costs in County Court and costs in this court. Memorandum: The County Court in the resettled judgment having provided that the judgment of the Justice's Court was reversed on the law and the facts, this court has examined the evidence to determine whether the judgment of the Justice's Court was plainly against the weight and preponderance of the evidence. (*Wears* v. *Johnson*, 151 App. Div. 770.) Upon examination of the proceedings in Justice's Court, as shown by the record used in County Court, we hold that the evidence produced in Justice's Court was sufficient to support the findings of that court. All concur. (The judgment reverses a judgment of a Justice's Court in favor of plaintiff and grants a new trial in an automobile negligence action to recover property damage to an automobile.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of LEON MARTINS, Appellant, for an Order of Certiorari against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (Proceeding in certiorari to review determination of defendant in revoking liquor license.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of WILLIAM S. RATHBUN, Petitioner, for a Certiorari Order against HARRY LINDHOLM and Others, Individually and as Members of the City Council of the City of Jamestown, New York, Respondents. — Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari proceeding to review the determination of the city council of the city of Jamestown in refusing a pension to the petitioner.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of LEE C. SHOEMAKER, Petitioner, for a Certiorari Order against THE NEW YORK STATE LIQUOR AUTHORITY and CHAUTAUQUA COUNTY ALCOHOLIC BEVERAGE CONTROL BOARD, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari proceeding to review the determination of the State Liquor Authority in refusing a liquor license.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.